# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

AISHA TRIMBLE

VERSUS

LOUISIANA STATE UNIVERSITY
SYSTEM, ET AL.

CIVIL ACTION

22-351-SDD-RLB

## RULING

The Court has carefully considered the record, the *Motion*,[1] the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated January 3, 2023, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that LSU and LSU AgCenter's Motion to Dismiss (R. Doc. 23) is GRANTED IN PART and DENIED IN PART. Specifically: 1) The claims against LSU and LSU AgCenter are DISMISSED WITHOUT PREJUDICE; 2) The claims against the Board of Supervisors asserting violations of USERRA and LEDL are DISMISSED WITHOUT PREJUDICE; 3) The claim against the Board of Supervisors asserting a violation of VEVRAA is DISMISSED WITH PREJUDICE; and 4) The Motion

---

[1] Rec. Doc. 23.
[2] Rec. Doc. 34.

to Dismiss Plaintiff's claim against the Board of Supervisors for a violation of the Rehabilitation Act is DENIED.

Signed in Baton Rouge, Louisiana the 7 day of February, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**