# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

AISHA TRIMBLE

VERSUS

LOUISIANA STATE UNIVERSITY
SYSTEM, ET AL.

CIVIL ACTION

22-351-SDD-RLB

## RULING

The Court has carefully considered the record, the *Motion*,[1] the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated March 13, 2024, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Defendants' Answer and Jury Demand are deemed timely, and that this action will proceed by a jury trial.

**IT IS FURTHER ORDERED** that considering the relief sought by Plaintiff in her Motion Requesting Assignment of Counsel, Order Bench Trial, or Close Case (R. Doc. 44), and Plaintiff's failure to file any written response opposing the Court's order to show cause why this action should proceed as a jury trial, Plaintiff's remaining claims against the LSU Board of Supervisors, Dr. Lucien Laborde, Ms. Karen Bean, Mrs. Monica Guient,

---

[1] Rec. Doc. 44.
[2] Rec. Doc. 55.

and Mr. Hampton Grunewald in the Second Amended Complaint (R. Doc. 12) are DISMISSED WITHOUT PREJUDICE.

Signed in Baton Rouge, Louisiana the 2 day of April, 2024.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**