# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AISHA TRIMBLE** | : | **CIVIL ACTION** |
| | : | **NUMBER 22-351** |
| **VERSUS** | | |
| | : | **JUDGE SHELLY D. DICK** |
| **LOUISIANA STATE UNIVERSITY SYSTEM ("LSU") AND LOUISIANA STATE UNIVERSITY AGRICULTURE CENTER ("LSU AGCENTER")** | : | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FINAL JUDGMENT

Chief Judge Shelly D. Dick, signed a ruling on April 5, 2024 which dismissed Defendants, the LSU Board of Supervisors, Dr. Lucien LaBorde, Ms. Karen Bean, Mrs. Monica Guient and Mr. Hampton Grunewald, without prejudice.

**CONSIDERING** the Ruling, which dismissed Defendants without prejudice, see R. Doc. 56:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment is hereby entered following the voluntary dismissal by Plaintiff pursuant to Federal Rules of Civil Procedure 41(a)(2).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all claims against the Defendants, the LSU Board of Supervisors, Dr. Lucien LaBorde, Ms. Karen Bean, Mrs. Monica Guient and Mr. Hampton Grunewald, be and hereby are **DISMISSED WITHOUT PREJUDICE**, at Plaintiff's cost.

**SO ORDERED, ADJUDGED, AND DECREED** on ___June 3___, 202_3_, in Baton Rouge, Louisiana.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK**